IN THE UNITED STATES DISTRICT COURT
INDIANAPOLIS DIVISION

| | |
|---|---|
| EMILY MILLER )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>STATE OF INDIANA DEPARTMENT OF )<br>CORRECTIONS, PENDLETON )<br>CORRECTIONAL FACILITY, and )<br>CORRECTIONAL INDUSTRIAL FACILITY )<br>)<br>Defendants. ) | No.:<br><br>**1:12-cv-0887 JMS-MJD** |

## COMPLAINT

Comes now, the Plaintiff Emily Miller (hereinafter "Miller") by and through counsel, Michael E. Boring and for Plaintiff's Complaint, herein states as follows:

### Count I (ADA)

1. This action arises under the Americans with Disabilities Act.

2. The Miller was an employee of Correctional Industrial Facility (hereinafter "CIF"), a branch of Pendleton Correctional Facility and the State of Indiana Department of Corrections. The address of the Plaintiff is 11423 North Division Road, Fountaintown, IN 46130.

3. The defendant, CIF, is a correctional facility. The Defendant's address and place of business is 4490 West Reformatory Road, Pendleton, IN 46064.

4. On March 29, 2011 Miller became ill and was hospitalized. After several tests, she was diagnosed with multiple sclerosis.

5. Miller was released from the hospital on April 4, 2011 with instructions from her doctor to see him in two (2) weeks and that she was not to return to work until after she had seen her doctor again.

6. Miller immediately went to the human resources department of her CIF and requested the two (2) weeks off.

7. Miller was informed that CIF would not grant her request for two (2) weeks off and that she might as well resign.

8. Miller forced herself to return to work on April 6, 2011, her next scheduled day to work, but continue to suffer from symptoms from her disease and the medication she was prescribed for her disease which caused Miller to miss additional time from work.

9. On several occasions, Miller asked CIF to work with her and her doctor while they worked to stabilize her medication for her disease.

10. Miller was discharged from CIF on May 27, 2011.

This action was/is in violation of the Americans with Disabilities Act which requires employers to work with employees with suffering from a qualified disease. Had Miller been allowed such accommodations she and her doctor would have been able to stabilize her medication over time wherein Miller could perform her duties with little to no issues.

Respectfully submitted,

Michael E. Boring
Boring and Boring, P.C.
Attorney for Emily Miller

BORING and BORING, P.C.
6375 West US 52
P.O. Box 100
New Palestine, IN 46163
Telephone: (317) 861-4497
Facsimile: (317) 861-6061