UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| EMILY MILLER, | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | 1:12-cv-00887-JMS-MJD |
| | ) | |
| STATE OF INDIANA DEPARTMENT OF CORRECTIONS, PENDLETON CORRECTIONAL FACILITY, AND CORRECTIONAL INDUSTRIAL FACILITY, | ) ) ) ) ) | |
| *Defendants*. | ) | |

## **FINAL JUDGMENT**

For the reasons set forth in the Court's Entry on Defendants' Motion to Dismiss, also issued this day, the Court now enters **FINAL JUDGMENT** against Plaintiff and in favor of Defendants, such that Plaintiff shall take nothing by way of her amended complaint.

01/08/2013

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Copies via ECF only:

Michael Eric Boring
BORING AND BORING, PC
michael@boringandboring.com

Laura Lee Bowker
INDIANA ATTORNEY GENERAL
laura.bowker@atg.in.gov

Erica Sue Sullivan
INDIANA ATTORNEY GENERAL
erica.sullivan@atg.in.gov